UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>EXXON MOBIL CORPORATION; E.I. DUPONT DE NEMOURS AND COMPANY, INC.; CHEVRON U.S.A., INC.; CHEVRON ORONITE COMPANY LLC; SHELL OIL COMPANY; PACIFIC GAS AND ELECTRIC COMPANY; PROLOGIS, INC.; FMC CORPORATION; UNION PACIFIC RAILROAD COMPANY; UNITED STATES STEEL CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and BAYER CROPSCIENCE, INC.,<br><br>　　　　　Defendants. | No. 2:21-cv-01739 WBS JDP<br><br>ORDER |

----oo0oo----

　　　　Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Chevron,

1

DuPont, and IBM.

        IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

        IT IS FURTHER ORDERED that any previous orders issued by the undersigned judge in this case are hereby VACATED and SET ASIDE, and any dates previously set by the undersigned judge in this case are hereby VACATED.

Dated: September 27, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE