1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   TIMOTHY E. SULLIVAN, State Bar No. 197054
    Supervising Deputy Attorney General
3   SOMERSET PERRY, State Bar No. 293316
    Deputy Attorney General
4    1515 Clay Street, 20th Floor
     P.O. Box 70550
5    Oakland, CA  94612-0550
     Telephone:  (510) 879-0852
6    Fax:  (510) 622-2270
     E-mail:  Somerset.Perry@doj.ca.gov
7
    *Attorneys for Plaintiffs*
8   *Department of Toxic Substances Control and the*
    *Toxic Substances Control Account*
9

10              IN THE UNITED STATES DISTRICT COURT

11          FOR THE EASTERN DISTRICT OF CALIFORNIA

12

13

14   **CALIFORNIA DEPARTMENT OF TOXIC**        Case No. 2:21-cv-01739-KJM-JDP
     **SUBSTANCES CONTROL and the TOXIC**
     **SUBSTANCES CONTROL ACCOUNT,**           **STIPULATION AND ORDER TO**
15                                             **FURTHER EXTEND DEFENDANTS'**
                                  Plaintiffs,  **DEADLINE TO RESPOND TO THE**
16                                             **COMPLAINT**

17              v.

18   **EXXON MOBIL CORPORATION; E.I.**         Judge:        Hon. Kimberly J. Mueller
     **DUPONT DE NEMOURS AND**                 Trial Date:   None Set
19   **COMPANY, INC.; CHEVRON U.S.A.,**        Action Filed: September 24, 2021
     **INC.; CHEVRON ORONITE COMPANY**
20   **LLC; SHELL OIL COMPANY; PACIFIC**
     **GAS AND ELECTRIC COMPANY;**
21   **PROLOGIS, INC.; FMC CORPORATION;**
     **UNION PACIFIC RAILROAD**
22   **COMPANY; UNITED STATES STEEL**
     **CORPORATION; INTERNATIONAL**
23   **BUSINESS MACHINES CORPORATION;**
     **and BAYER CROPSCIENCE, INC.,**
24
                                  Defendants.
25

26

27

28
                                      1

1    WHEREAS Plaintiffs California Department of Toxic Substances Control and the Toxic

2    Substances Control Account ("Plaintiffs") filed their complaint on September 24, 2021;

3    WHEREAS all named defendants agreed to waive service of the summons by signing a

4    Notice of Lawsuit and Request to Waive Service of Summons effective December 16, 2021;

5    WHEREAS as a result of the waiver of service, the initial deadline for Defendants to

6    respond to the complaint was February 14, 2022;

7    WHEREAS Plaintiffs agreed to extend that initial deadline for Defendants to respond to the

8    complaint by twenty-eight (28) days from that date, and the parties filed a stipulation for that

9    purpose (Dkt. No. 13), extending Defendants' time to respond to the complaint to March 14,

10    2022;

11    WHEREAS the IT Sites Cooperating Generators Joint Defense Group ("Joint Defense

12    Group"), of which the below Defendants are members, and Plaintiffs have been engaged in

13    settlement negotiations regarding this matter and three other similar cases, each involving claims

14    related to hazardous waste disposed at landfills that were formerly managed by the IT

15    Corporation and are now overseen by the IT Environmental Liquidating Trust ("ITELT"), an

16    entity created in the IT Corporation bankruptcy. The negotiations are complex due to the multiple

17    sites and different defendants, and the benefits of resolving the cases in unison due to ITELT's

18    responsibility for each site. Extending the time for the filing of responsive pleadings would allow

19    the negotiations to proceed without need for further litigation or judicial resources; and,

20    WHEREAS Plaintiffs have agreed, pursuant to Local Rule 144(a) to further extend

21    Defendants' deadline to respond to the complaint by 91 days;

22    THEREFORE, the parties respectfully request that the Court extend the deadline for

23    Defendants to respond to the complaint by 91 days to June 13, 2022.

24

25

26

27

28

| | | |
|---|---|---|
| 1 | Dated:  March 8, 2022 | Respectfully submitted, |
| 2 | | ROB BONTA |
| | | Attorney General of California |
| 3 | | TIMOTHY E. SULLIVAN |
| | | Supervising Deputy Attorney General |
| 4 | | |

5

*/s/ Somerset Perry*
SOMERSET PERRY

6

Deputy Attorney General
*Attorneys for Plaintiffs*

7

*Department of Toxic Substances Control and the*
*Toxic Substances Control Account*

8

9

Dated:  March 8, 2022          EDGCOMB LAW GROUP, LLP

10

*/s/ John D. Edgcomb*
(as authorized on March 8, 2022)

11

12

John D. Edgcomb
*Attorneys for Stauffer Management Company LLC,*

13

*as litigation agent for Defendant Bayer*
*CropScience, Inc.*

14

15

Dated:  March 8, 2022          ROGERS JOSEPH O'DONNELL

16

*/s/ Robert C. Goodman*
(as authorized on March 8, 2022)

17

18

Robert C. Goodman
*Attorneys for Defendant Chevron U.S.A., Inc. and*
*Chevron Oronite Company LLC*

19

20

Dated:  March 8, 2022          GLYNN, FINLEY, MORTL HANLON &
FRIEDENBERG, LLP

21

*/s/ Andrew T. Mortl*

22

(as authorized on March 8, 2022)

23

Andrew T. Mortl
*Attorneys for Defendant E.I. du Pont de Nemours*

24

*and Company*

25

26

27

28

3

| 1 | Dated:  March 8, 2022 | MORGAN, LEWIS & BOCKIUS LLP |

2

*/s/ Stephen E. Fitzgerald*
(as authorized on March 8, 2022)

3

4

Stephen E. Fitzgerald
Jeremy B. Esterkin

5

LAW OFFICES OF JIA YN CHEN

6

Jia Yn Chen
*Attorneys for Defendant Exxon Mobil Corporation*

7

8    Dated:  March 8, 2022          FARELLA BRAUN + MARTEL LLP

9

*/s/ Robert L. Hines*
(as authorized on March 8, 2022)

10

11

Robert L. Hines
*Attorneys for Defendant FMC Corporation*

12

Dated:  March 8, 2022          MANATT, PHELPS & PHILLIPS, LLP

13

14

*/s/ Peter Duchesneau*
(as authorized on March 8, 2022)

15

Peter Duchesneau
*Attorneys for Defendant International Business*

16

*Machines Corporation*

17

Dated:  March 8, 2022          LOEB & LOEB LLP

18

19

*/s/ Albert M. Cohen*
(as authorized on March 8, 2022)

20

Albert M. Cohen
*Attorneys for Defendant on behalf of PAC*

21

*Operating Limited Partnership incorrectly named*
*as Prologis, Inc.*

22

23   Dated:  March 8, 2022          DOWNEY BRAND LLP

24

*/s/ Steven H. Goldberg*
(as authorized on March 8, 2022)

25

26

Steven H. Goldberg
*Attorneys for Defendant Union Pacific Railroad*
*Company*

27

28

4

| | | |
|---|---|---|
| 1 | Dated:  March 8, 2022 | EDLIN GALLAGHER HUIE + BLUM |
| 2 | | */s/ Earl L. Hagstrom*<br>(as authorized on March 8, 2022) |
| 3 | | |
| 4 | | Earl L. Hagstrom<br>Fred M. Blum<br>Farheena A. Habib |
| 5 | | *Attorneys for Defendant United States Steel*<br>*Corporation* |
| 6 | | |
| 7 | Dated:  March 8, 2022 | BARG COFFIN LEWIS & TRAPP, LLP |
| 8 | | */s/ Brian S. Haughton*<br>(as authorized on March 8, 2022) |
| 9 | | |
| 10 | | Brian S. Haughton<br>*Attorneys for Defendant Pacific Gas and Electric*<br>*Company* |
| 11 | | |
| 12 | Dated:  March 8, 2022 | SHELL OIL COMPANY |
| 13 | | */s/ Tonya L. Lewis*<br>(as authorized on March 8, 2022) |
| 14 | | |
| 15 | | Tonya L. Lewis<br>*In-house Counsel for Defendant*<br>*Shell Oil Company* |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

5

**ORDER**

The court denies the parties request for a 91-day extension.  However, for good cause shown, the court **grants a 60-day extension for defendants to respond to the complaint**.  The Status (Pretrial Scheduling) Conference currently scheduled for April 21, 2022, is continued to June 29, 2022, at 2:30 p.m. with the filing of a joint status report due fourteen (14) days prior.

**IT IS SO ORDERED.**

DATED:  March 14, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE

6