1   ROB BONTA, State Bar No. 202668
    Attorney General of California
2   TIMOTHY E. SULLIVAN, State Bar No. 197054
    Supervising Deputy Attorney General
3   SOMERSET PERRY, State Bar No. 293316
    Deputy Attorney General
4    1515 Clay Street, 20th Floor
     P.O. Box 70550
5    Oakland, CA  94612-0550
     Telephone:  (510) 879-0852
6    Fax:  (510) 622-2270
     E-mail:  Somerset.Perry@doj.ca.gov

*Attorneys for Plaintiffs*
*Department of Toxic Substances Control and the*
*Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**EXXON MOBIL CORPORATION; E.I. DUPONT DE NEMOURS AND COMPANY, INC.; CHEVRON U.S.A., INC.; CHEVRON ORONITE COMPANY LLC; SHELL OIL COMPANY; PACIFIC GAS AND ELECTRIC COMPANY; PAC OPERATING LIMITED PARTNERSHIP; FMC CORPORATION; UNION PACIFIC RAILROAD COMPANY; UNITED STATES STEEL CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and BAYER CROPSCIENCE, INC.,**<br><br>Defendants. | Case No. 2:21-cv-01739-KJM-JDP<br><br>**ORDER RE UNOPPOSED JOINT EX PARTE APPLICATION FOR EXTENSION OF DEFENDANTS' TIME TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br>Courtroom:  3 – 15th Floor<br>Judge:  Hon. Kimberly J. Mueller<br>Trial Date:  None Set<br>Action Filed:  September 24, 2021 |

)

Defendants' time to respond to Plaintiffs' First Amended Complaint for Recovery of Response Costs and Declaratory Relief (42 U.S.C. §§ 9601 et seq.) and Abatement of Imminent and Substantial Endangerment (42 U.S.C. [§] 6972(a)) (Dkt. No. 38) is extended to June 27, 2022.

**IT IS SO ORDERED.**

DATED:  May 13, 2022.

_____
CHIEF UNITED STATES DISTRICT JUDGE