ROB BONTA
Attorney General of California
SARAH E. MORRISON, SBN 143459
Supervising Deputy Attorney General
DONALD ROBINSON, SBN 72402
Deputy Attorney General
KATE M. HAMMOND, SBN 293433
Deputy Attorney General
300 South Spring Street, 11th Floor
Los Angeles, CA 90013
Telephone: (310) 634-2313
Fax: (213) 897-2802

*Attorneys for Plaintiffs*
*California Department of Toxic Substances Control and the*
*Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**EXXON MOBIL CORPORATION, et al**.<br><br>Defendant**s**. | Case No. 2-21-cv-01739-KJM-JDP<br><br>**JOINT STATUS REPORT AND JOINT REQUEST TO EXTEND STAY OF LITIGATION BY 180 DAYS**<br><br>Courtroom: 3 – 15th Floor<br>Judge: Hon. Kimberly J. Mueller<br>Trial Date: None Set<br>Action Filed: September 24, 2021 |

1

Pursuant to paragraph 5 of the Court's May 26, 2022, Order Staying Litigation for Settlement Negotiations (ECF #61), the undersigned Parties hereby submit this Joint Status Report and Joint Request to Extend Stay of Litigation.

On May 26, 2022, the Court stayed this litigation until November 26, 2022, to enable the Parties to engage in settlement negotiations. (ECF #61). Since that time, Plaintiffs the Department of Toxic Substances Control ("DTSC") and the Toxic Substances Control Account (collectively, "Plaintiffs") and Defendants[1] have continued their settlement discussions and have made significant progress toward presenting the Court with a proposed Consent Decree. The Parties have exchanged multiple drafts of settlement terms to globally resolve this litigation and the other pending cases between the Parties. To that end, the Parties have had multiple video meetings and conference calls and many email communications regarding the settlement terms. At present, the Parties are negotiating a very few remaining issues and are close to reaching an agreement-in-principle.

The result of the Parties' most recent conference call was a consensus that the latest draft summary of settlement terms represented significant and substantial progress since the last Joint Status Report filed with the Court on August 24, 2022 (ECF #64). As such, the Parties agreed that a joint request to the Court to extend the current stay, scheduled to expire on November 26, 2022, is necessary and appropriate. The Parties believe that a stay of the litigation for an additional 180 days will enable the Parties to reach a resolution and lodge a proposed Consent Decree with the Court. Moreover, absent an extension, unnecessary litigation and a waste of the Court's and the Parties' resources will result, which may also divert from settlement efforts.

This additional time is necessary for the Parties to resolve the few remaining issues and to prepare the proposed Consent Decree. In addition, there are multiple parties involved in these negotiations. Approval of the proposed Consent Decree is required from several layers of upper management at DTSC and the decisionmakers in the management structure of the individual

---

[1] Exxon Mobil Corporation; E.I. DuPont de Nemours and Company, Inc.; Chevron U.S.A., Inc.; Chevron Oronite Company LLC; Shell Oil Company; Pacific Gas and Electric Company; Prologis, Inc.; FMC Corporation; Union Pacific Railroad Company; United States Steel Corporation; International Business Machines Corporation; and Bayer CropScience, Inc.

Defendants, all of whom are major corporate entities. A shorter stay of the litigation would risk the Parties not being able to complete and lodge with the Court a proposed Consent Decree, approved by all Parties, before the litigation resumes.

As part of their commitment to continue to make progress towards a potential settlement, the Parties agree to meet the following settlement negotiation deadlines, as may be necessary:

- December 23, 2022: Defendants to present Plaintiff with a draft Consent Decree[2];
- January 27, 2023: Plaintiffs to respond to Defendants' draft Consent Decree;
- February 24, 2023, or another date mutually agreeable to the Parties: The Parties (through group representatives) to meet in-person or via video conference to attempt to resolve any remaining open issues regarding the draft Consent Decree; and
- March 17, 2023, or another date mutually agreeable to the Parties: The Parties to meet and confer on selecting a mediator and mediation date for any remaining open settlement terms or issues.

The Parties are also submitting status reports and requesting 180-day extensions of the stays of the litigation pending in the other federal courts hearing the matters involving the other three IT Landfills – Benson Ridge, Montezuma Hills, and Vine Hill. *California Dep't. of Toxic Substances Control, et al. v. Pacific Gas & Electric, et al.,* pending in the Northern District, Case No. 4:21-cv-07450-HSG (for the Benson Ridge IT Landfill); *California Dep't of Toxic Substances Control v. Chevron Oronite Company, et al.*, pending in the Eastern District, Case No. 2-21-cv-01737-TLN-JDP (for the Montezuma Hills IT Landfill); and *California Dep't. of Toxic Substances Control, et al. v. Chevron U.S.A., Inc., et al.*, pending in the Northern District, Case No. 3-21-cv-07453-WHA. (for the Vine Hill IT Landfill).

There is also a related state court writ petition with upcoming deadlines regarding motion practice. *IT Sites Cooperating Joint Defense Group v. California Environmental Protection Agency, et al.*, Solano County Superior Court, No. FCS 056611. The parties to that state court action will also be seeking an extension of these deadlines on the same grounds as this stay

---

[2] The Parties will also continue to work diligently in good faith to resolve the remaining open issues to reach an agreement-in-principle.

extension request – *i.e.*, that substantial progress has been made on a comprehensive settlement, which would include resolution of that writ petition.

For that reason, the Parties respectfully request that the current stay be extended by 180 days to May 25, 2023.

[*signatures begin on following page*]

4

JOINT STATUS REPORT RE STAY [PANOCHE] (Case No. 2-21-cv-01739-KJM-JDP)

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  November 22, 2022 | ROB BONTA<br>Attorney General of California |
|   | */s/ Kate M. Hammond* |
|   | KATE M. HAMMOND<br>Deputy Attorney General<br>SARAH E. MORRISON<br>Supervising Deputy Attorney General<br>DONALD ROBINSON<br>Deputy Attorney General<br>*Attorneys for Plaintiffs Department of Toxic Substances Control and the Toxic Substances Control Account* |
| Dated:  November 22, 2022 | MORGAN, LEWIS & BOCKIUS LLP |
|   | */s/ Stephen E. Fitzgerald*<br>(as authorized on November 22, 2022) |
|   | Jeremy Esterkin<br>Stephen E. Fitzgerald (admitted pro hac vice)<br>*Attorneys for Defendant Exxon Mobil Corporation* |
| Dated:  November 18, 2022 | GLYNN, FINLEY, MORTL HANLON & FRIEDENBERG, LLP |
|   | */s/ Andrew T. Mortl*<br>(as authorized on November 18, 2022) |
|   | Morgan Lopez<br>Andrew T. Mortl<br>*Attorneys for Defendant E.I. du Pont de Nemours and Company* |
| Dated:  November 18, 2022 | BARG COFFIN LEWIS & TRAPP, LLP |
|   | */s/ Brian S. Haughton*<br>(as authorized on November 18, 2022) |
|   | Brian S. Haughton<br>*Attorneys for Defendant Pacific Gas and Electric Company* |

| | | |
|---|---|---|
| 1 | Dated: November 18, 2022 | EDGCOMB LAW GROUP, LLP |
| 2 | | */s/ John D. Edgcomb*<br>(as authorized on November 18, 2022) |
| 3 | | |
| 4 | | John D. Edgcomb<br>*Attorneys for Stauffer Management Company* |
| 5 | | *LLC, as litigation agent for Defendant Bayer CropScience, Inc.* |
| 6 | | |
| 7 | Dated: November 18, 2022 | ROGERS JOSEPH O'DONNELL |
| 8 | | */s/ Robert C. Goodman*<br>(as authorized on November 18, 2022) |
| 9 | | Robert C. Goodman |
| 10 | | *Attorneys for Defendant Chevron U.S.A. Inc. and Chevron Oronite Company LLC* |
| 11 | | |
| 12 | Dated: November 21, 2022 | FARELLA BRAUN + MARTEL LLP |
| 13 | | */s/ Christopher Rendall-Jackson*<br>(as authorized on November 21, 2022) |
| 14 | | Christopher Rendall-Jackson<br>Robert L. Hines |
| 15 | | *Attorneys for Defendant FMC Corporation* |
| 16 | | |
| 17 | Dated: November 21, 2022 | MANATT, PHELPS & PHILLIPS, LLP |
| 18 | | */s/ Peter Duchesneau*<br>(as authorized on November 21, 2022) |
| 19 | | Peter Duchesneau |
| 20 | | *Attorneys for Defendant International Business Machines Corporation* |
| 21 | | |
| 22 | Dated: November 21, 2022 | LOEB & LOEB LLP |
| 23 | | */s/ Albert M. Cohen*<br>(as authorized on November 21, 2022) |
| 24 | | Albert M. Cohen |
| 25 | | *Attorneys for Defendant PAC Operating Limited Partnership* |
| 26 | | |
| 27 | | |
| 28 | | |

Dated:  November 22, 2022          DOWNEY BRAND LLP

*/s/ Monica Browner*
(as authorized on November 22, 2022)

Monica Browner
Steven H. Goldberg
*Attorneys for Defendant Union Pacific Railroad Company*

Dated:  November 22, 2022          EDLIN GALLAGHER HUIE + BLUM

*/s/ Farheena A. Habib*
(as authorized on November 22, 2022)

Fred M. Blum
Farheena A. Habib
*Attorneys for Defendant United States Steel Corporation*

Dated:  November 18, 2022          WILSON TURNER KOSMO LLP

*/s/ Jonna D. Lothyan*
(as authorized on November 18, 2022)

Robin A. Wofford
Jonna D. Lothyan
*Attorneys for Defendant
Shell Oil Company n/k/a Shell U.S.A., Inc.*

# CERTIFICATE OF SERVICE

| | |
|---|---|
| Case Name: **CDTSC and the TOXIC SUBSTANCES CONTROL ACCOUNT v. EXXON MOBIL CORPORATION, et al.** | Case No. 2-21-cv-01739-KJM-JDP |

I hereby certify that on November 22, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT STATUS REPORT AND JOINT REQUEST TO EXTEND STAY OF LITIGATION BY 180 DAYS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 22, 2022, at Los Angeles, California.

| | |
|---|---|
| Alixe C. Branch | /s/ Alixe C. Branch |
| Declarant | Signature |

OK2021604219
65583712.docx