Rob Bonta
Attorney General of California
Sarah E. Morrison, SBN 143459
Supervising Deputy Attorney General
Donald Robinson, SBN 72402
Deputy Attorney General
Kate M. Hammond, SBN 293433
Deputy Attorney General
300 South Spring Street, 11th Floor
Los Angeles, CA 90013
Telephone: (310) 634-2313
Fax: (213) 897-2802

*Attorneys for Plaintiffs*
*California Department of Toxic Substances Control and the*
*Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,**<br><br>Plaintiffs,<br><br>v.<br><br>**EXXON MOBIL CORPORATION, et al**.<br><br>Defendant**s**. | Case No. 2-21-cv-01739-KJM-JDP<br><br>**[PROPOSED] ORDER EXTENDING STAY OF LITIGATION FOR SETTLEMENT NEGOTIATIONS**<br><br>Courtroom: 3 – 15th Floor<br>Judge: Hon. Kimberly J. Mueller<br>Trial Date: None Set<br>Action Filed: September 24, 2021 |

Pursuant to the Joint Request to Extend Stay of Litigation, and good cause appearing therefor, IT IS HEREBY ORDERED that:

(1) This action is temporarily stayed until May 25, 2023, for all purposes to enable the Parties to continue their settlement negotiations without the expenditure of the Court's or the Parties' resources on litigation;

(2) While the stay is in effect, the Parties shall not be required to comply with the Federal Rules of Civil Procedure, including, without limitation, Rule 26(a) regarding initial disclosures, and other procedural provisions requiring submissions to the Court or specific action by the Parties beyond the status reports provided for in paragraph (5) of this order.

(3) Defendants are not required to file a responsive pleading until 30 days after the expiration of the stay;

(4) The Parties shall inform the Court by letter upon their submission of the equivalent stay requests in the parallel litigations, and upon the other courts' rulings on those requests; and

(5) The Parties shall file an initial status report no later than March 31, 2023, and shall file a second status report upon the expiration of the stay.

IT IS SO ORDERED.

Dated: _____, 2022         _____

                                                       HON. KIMBERLY J. MUELLER
                                                       UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **CDTSC and the TOXIC SUBSTANCES CONTROL ACCOUNT v. EXXON MOBIL CORPORATION, et al**. | Case No. | 2-21-cv-01739-KJM-JDP |

I hereby certify that on November 22, 2022, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**[PROPOSED] ORDER EXTENDING STAY OF LITIGATION FOR SETTLEMENT NEGOTIATIONS**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on November 22, 2022, at Los Angeles, California.

| Alixe C. Branch | /s/ Alixe C. Branch |
|---|---|
| Declarant | Signature |

OK2021604219
65583748.docx