MANATT, PHELPS & PHILLIPS, LLP
PETER DUCHESNEAU (Bar No. CA 168917)
E-mail: pduchesneau@manatt.com
CATHERINE NOBLE (Bar No. CA 334155)
E-mail: cnoble@manatt.com
2049 Century Park East, Suite 1700
Los Angeles, CA 90067
Telephone:   (310) 312-4334
Facsimile:    (310) 312-4224

Attorneys for Defendant
INTERNATIONAL BUSINESS MACHINES
CORPORATION

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION; E.I. DUPONT DE NEMOURS AND COMPANY, INC.; CHEVRON U.S.A., INC.; CHEVRON ORONITE COMPANY LLC; SHELL OIL COMPANY; PACIFIC GAS AND ELECTRIC COMPANY; PROLOGIS, INC.; FMC CORPORATION; UNION PACIFIC RAILROAD COMPANY; UNITED STATES STEEL CORPORATION; INTERNATIONAL BUSINESS MACHINES CORPORATION; and BAYER CROPSCIENCE, INC.,<br><br>Defendants. | No. 2:21-cv-01739-KJM-JDP<br><br>**DEFENDANT INTERNATIONAL BUSINESS MACHINES CORPORATION'S NOTICE OF CHANGE IN COUNSEL**<br><br>Judge:         Hon. Kimberly J. Mueller<br>Trial Date:   None Set<br>Action Filed: September 24, 2021 |

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:21-CV-01739-KJM-JDP
NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT IBM

**TO THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Counsel for Defendant International Business Machines Corporation ("IBM") hereby notifies the Court and all parties that attorney Benjamin E. Wolff, III is no longer appearing in this action. Peter Duchesneau and Catherine Rose Noble, who are both admitted to practice and in good standing in the Eastern District of California, will continue to serve as counsel of record for IBM.

**NOTICE IS FURTHER GIVEN THAT** no further papers, pleadings, motions, correspondence, or communications, regarding the above-captioned action, may be served on Mr. Wolff.

Dated: December 13, 2022	MANATT, PHELPS & PHILLIPS, LLP

By: /s/ *Peter Duchesneau*
Peter Duchesneau
*Attorneys for Defendant*
INTERNATIONAL BUSINESS MACHINES CORPORATION

401835244.1

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

CASE NO. 2:21-CV-01739-KJM-JDP
NOTICE OF CHANGE IN COUNSEL FOR DEFENDANT IBM