**ROB BONTA**
*Attorney General*

State of California
**DEPARTMENT OF JUSTICE**

300 SOUTH SPRING STREET, SUITE 1702
LOS ANGELES, CA  90013-1230

Public:  (213) 269-6000
Telephone:  (213) 269-6531
Facsimile:  (916) 731-2128
E-Mail:  Kate.Hammond@doj.ca.gov

June 7, 2023

VIA ECF ONLY

Honorable Daniel J. Calabretta
U.S. District Judge
Robert T. Matsui United States Courthouse
501 I Street, Sacramento, CA  95814

RE:  Notice Regarding Stay Requests in Other IT Landfills Cases
*California Department of Toxic Substances Control v. Exxon Mobil Corporation, et al.* (No. 2:21-cv-01739-DJC-JDP)

Dear Judge Calabretta:

This letter is submitted in compliance with paragraph 4 of the Court's May 24, 2023, Order Extending Stay Litigation for Settlement Negotiations, which stayed this case until August 23, 2023. ECF #77.

On May 23, 2023, the respective parties in *California Department of Toxic Substances Control, et al. v. Pacific Gas & Electric Company, et al.* (N.D. Cal., Case No. 4:21-cv-07450-HSG) (the "Benson Ridge Action") and *California Department of Toxic Substances Control, et al. v. Chevron Oronite Company LLC, et al.* (E.D. Cal., Case No. 2:21-cv-01737-DJC-JDP) (the "Montezuma Hills Action") filed joint status reports and joint requests to extend the litigation stays by ninety days.

On May 24, 2023, this Court stayed the Montezuma Hills Action until August 23, 2023. On May 24, 2023, Judge Haywood S. Gilliam, Jr. of the Northern District of California stayed the Benson Ridge Action until August 23, 2023.

Sincerely,

*/s/ Kate M. Hammond*

Kate M. Hammond
Deputy Attorney General

For    ROB BONTA
       Attorney General