ROB BONTA
Attorney General of California
SARAH E. MORRISON, SBN 143459
Supervising Deputy Attorney General
DONALD ROBINSON, SBN 72402
KATE M. HAMMOND, SBN 293433
Deputy Attorneys General
300 South Spring Street
Los Angeles, CA 90013
Telephone:  (213) 269-6531
Fax:  (916) 731-2128
Email: kate.hammond@doj.ca.gov

*Attorneys for Plaintiffs*
*California Department of Toxic Substances Control*
*and the Toxic Substances Control Account*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>Defendants. | Case No. 2:21-cv-01739-DJC-JDP<br><br>**ORDER RE: LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Daniel J. Calabretta<br>Courtroom: 10 – 13th Floor<br>Trial Date: None set<br>Action Filed: September 24, 2021 |

1

The Court has considered the Stipulation for Leave to File Second Amended Complaint ("Stipulation") submitted by Plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account and defendants Exxon Mobil Corporation, E. I. du Pont de Nemours and Company, Chevron U.S.A. Inc., Chevron Oronite Company LLC, Shell Oil Company n/k/a Shell USA, Inc., Pacific Gas and Electric Company, PAC Operating Limited Partnership, FMC Corporation, Union Pacific Railroad Company, United States Steel Corporation, International Business Machines Corporation, and Bayer CropScience, Inc., and the Court finding good cause ORDERS that:

(1)     Plaintiffs are granted leave to file a second amended complaint in substantially the same form as was submitted as Exhibit A to the Stipulation. Plaintiffs may revise the Proposed Second Amended Complaint to (a) add additional settling entities, if any, as named defendants, (b) correct allegations regarding the defendants who will be signing the proposed consent decree, and (c) correct any typographical errors, and that Plaintiffs may file the Proposed Second Amended Complaint with any such revisions.

IT IS SO ORDERED.


Dated:  August 22, 2023                          /s/ Daniel J. Calabretta
                                                 THE HONORABLE DANIEL J. CALABRETTA
                                                 UNITED STATES DISTRICT JUDGE

ORDER RE: STIP. RE SECOND AMENDED COMPLAINT
(CASE NO. 2:21-CV-01739-DJC-JDP)