1  ROB BONTA
   Attorney General of California
2  SARAH E. MORRISON, SBN 143459
   Supervising Deputy Attorney General
3  DONALD ROBINSON, SBN 72402
   KATE M. HAMMOND, SBN 293433
4  Deputy Attorneys General
   300 South Spring Street
5  Los Angeles, CA 90013
   Telephone: (213) 269-6531
6  Fax: (916) 731-2128
   Email: kate.hammond@doj.ca.gov
7
   *Attorneys for Plaintiffs*
8  *California Department of Toxic Substances Control*
   *and the Toxic Substances Control Account*
9

10              IN THE UNITED STATES DISTRICT COURT

11             FOR THE EASTERN DISTRICT OF CALIFORNIA

12

| | |
|---|---|
| 13  CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>                              Plaintiffs,<br><br>        v.<br><br>EXXON MOBIL CORPORATION, et al.,<br><br>                              Defendants. | Case No. 2:21-cv-1739-DJC-JDP<br><br>**ORDER RE: DEFENDANTS' DEADLINE TO RESPOND TO ANTICIPATED SECOND AMENDED COMPLAINT**<br><br>Courtroom: 10 – 13th Floor<br>Judge: Hon. Daniel J. Calabretta<br>Trial Date: None Set<br>Action Filed: September 24, 2021 |

                                    1

The Court has considered the Joint Status Report Regarding the Proposed Consent Decree and Joint Request to Continue Deadline for Defendants to Respond to the Anticipated Second Amended Complaint submitted by plaintiffs the California Department of Toxic Substances Control and the Toxic Substances Control Account (together, "Plaintiffs") and defendants Exxon Mobil Corporation, E. I. du Pont de Nemours and Company, Chevron U.S.A. Inc., Chevron Oronite Company LLC, Shell Oil Company n/k/a Shell USA, Inc., Pacific Gas and Electric Company, PAC Operating Limited Partnership, FMC Corporation, Union Pacific Railroad Company, United States Steel Corporation, International Business Machines Corporation, and Bayer CropScience, Inc., and the Court finding good cause ORDERS that:

(i) No defendants are required to respond to the second amended complaint to be filed by Plaintiffs until thirty days after the filing of any order by the Court denying entry of the proposed consent decree; and

(ii) If the Court approves the proposed consent decree, no response to the second amended complaint is required.

IT IS SO ORDERED.

Dated:  August 23, 2023                     /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE