Daniel E. Vineyard
State Bar No. 121132
**JACKSON WALKER LLP**
1401 McKinney St., Suite 1900
Houston, TX 77010
(713) 752-4200 – Telephone
(713) 752-4221 – Fax
dvineyard@jw.com

*Common Counsel for the IT Sites Cooperating Generators Joint Defense Group and the Panoche Joint Defense Group, members of which constitute the Settling Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL and the TOXIC SUBSTANCES CONTROL ACCOUNT,<br><br>Plaintiffs,<br><br>v.<br><br>EXXON MOBIL CORPORATION, et al.<br><br>Defendants. | Case No.: 2:21-cv-01739-DJC-JDP<br><br>**DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' MOTION FOR APPROVAL AND ENTRY OF CONSENT DECREE**<br><br>Date:      January 4, 2024<br>Time:      1:30 p.m.<br><br>Dept:      10 – 13th Floor<br>Judge:     Honorable Daniel J. Calabretta<br>Trial Date: None<br>Action Filed: September 24, 2021 |

1

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' ENTRY OF CONSENT DECREE
(PANOCHE) (Case No. 2:21-cv-01739-DJC-JDP)

1    Defendants respectfully submit this Statement of Non-Opposition regarding the Proposed

2  Consent Decree, which was lodged with this Court on August 24, 2023. (ECF No. 85-1.)

3    Plaintiffs, the California Department of Toxic Substances Control and the Toxic Substances

4  Control Account ("Plaintiffs"), currently have a Motion for Approval and Entry of Consent

5  Decree between Plaintiffs and the Defendants set for hearing before the Court at 1:30 p.m. on

6  January 4, 2024.

7    Defendants do not oppose entry of the Consent Decree. In fact, they support entry and are

8  unaware of any opposition.

9    Further, because Defendants do not oppose entry of the Consent Decree and the Consent

10 Decree includes provisions with respect to notice, Defendants respectfully request that the Court

11 waive any appearance requirements by the newly added Defendants.[1]

12   In accordance with the Court's Standing Order in Civil Cases, Defendants note they wish

13 for the Consent Decree to be approved and entered without oral argument. If the Court wishes to

14 hold a hearing, Defendants respectfully request the hearing be remote per E.D. CA. Local Rule

15 174 (Fed. R. Civ. P. 83). Defendants are aware of the Court's standing order which "generally

16 disfavor[s]" remote appearances, but respectfully request the Court's approval of remote

17 appearance in this matter if a hearing is necessary.

18   [signature on the following page]

---

[1] The "Newly Added Defendants" are parties which were added in the amended complaints consisting of: Aerojet Rocketdyne, Inc.; Aramark Uniform & Career Apparel, LLC; Arris Solutions, Inc.; AT&T Corp.; Atlantic Richfield Company; Beazer East, Inc.; Bio-Rad Laboratories, Inc.; The Boeing Company; BP Products North America Inc.; Bridgestone Americas Tire Operations, LLC; Broadcom Inc.; Chevron U.S.A. Inc.; CROWN Beverage Packaging, LLC; Delta Tech Service, Inc.; The Dow Chemical Company; Evoqua Water Technologies LLC; ExxonMobil Oil Corporation; ExxonMobil Pipeline Company LLC; Ford Motor Company; Gallo Glass Company; General Electric Company; Georgia-Pacific LLC; Honeywell International Inc.; HP Inc.; Intel Corporation; Levin Enterprises, Inc.; Lockheed Martin Corporation; Mobil Exploration and Producing North America, Inc.; Mobil Producing Texas & New Mexico Inc.; National Semiconductor (Maine), Inc.; New United Motor Manufacturing, Inc.; Northrop Grumman Systems Corporation; PACCAR Inc.; Phillips 66 Company; PPG Industries, Inc.; The Procter & Gamble Manufacturing Company; Raytheon Company; Renesas Electronics America Inc.; Sanmina Corporation; TE Connectivity Corporation; Texaco Downstream Properties Inc.; Thermo Fisher Scientific Inc.; Union Oil Company of California; United Technologies Corporation n/k/a RTX Corporation; USS-UPI, LCC.

| | |
|---|---|
| Dated: December 27, 2023 | JACKSON WALKER LLP |
| | /s/ Daniel E. Vineyard<br>DANIEL VINEYARD (SBN 121132)<br>JACKSON WALKER LLP<br>1401 McKinney St. Suite 1900<br>Houston, TX 77010<br>(713) 752-4465 – Telephone<br>(713) 752-4221 – Fax<br>dvineyard@jw.com |
| | ***Common Counsel for the IT Sites Cooperating Generators Joint Defense Group and the Panoche Joint Defense Group, members of which constitute the Settling Defendants*** |

38486501v.2

3

DEFENDANTS' STATEMENT OF NON-OPPOSITION TO PLAINTIFFS' ENTRY OF CONSENT DECREE
(PANOCHE) (Case No. 2:21-cv-01739-DJC-JDP)